Belmont Powell Holding Company, Respondent, v. Serial Building Loan and Savings Institution and Others, Respondents.* The People of the State of New York, Appellant.— Order, so far as appealed from, reversed, with ten dollars costs and disbursements. An issue having been raised by the answer of the defendants The People of the State of New York, such issue became triable according to the provisions of the Code of Civil Procedure and the General Rules of Practice. The defendants The People of the State of New York were entitled to the notice of trial provided by the Code of Civil Procedure,† and the action should be placed upon the calendar of the Special Term for the trial of issues of fact and law. Jenks, P. J., Carr, Rich, Stapleton and Putnam, JJ., concurred.

Esther Bernstein, Respondent, v. Isaac Friend, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, with leave to plaintiff to serve an amended complaint within twenty days on payment of ten dollars costs. No opinion. Jenks, P. J., Carr, Rich, Stapleton and Putnam, JJ., concurred.

Richard Brazier, Respondent, v. Mary Gastel and Frederick Gastel, Appellants.— Judgment and order of the County Court of Kings county unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ.

Bernard Britt, Respondent, v. The City of New York, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, on the ground that the case went to the jury upon the theory that the proximate cause of the injury was the failure of the master to furnish a safe place to work. There was no evidence that plaintiff was engaged at the time of the collapse in using the defective structure as a place to work. The evidence is that he was aiding in the repair of a defective structure. Jenks, P. J., Burr and Stapleton, JJ., concurred; Thomas and Carr, JJ., dissented.

---

* Action brought pursuant to article 12 of the Real Property Law (Consol. Laws, chap. 50 [Laws of 1909, chap. 52], as amd. by Laws of 1910, chap. 627).— [REP.

† See Code Civ. Proc. § 977.— [REP.